SCANNED AT MENARD and E-mailed
9-14-16 by SG 162 pages
date — initials — No.

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois

Mr. Daniel Robert Hamilton )
_____ )
_____ )
Plaintiff/Petitioner(s) )
v. )
Mr. Kent Brookman )
Todd W. Colwell )
Michael D. Horn )
Bradley C. )
Defendant/Respondent(s) )

Case Number: 16-1034-SMY
(Clerk's Office will provide)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

Plaintiff:

A. Plaintiff's mailing address, register number, and present place of confinement P.O. Box 1000, Menard, IL 62259; Menard Men's Maximum Security Correctional Center B-26391

Defendant #1:

B. Defendant Kent Brookman is employed as
      (a)   (Name of First Defendant)
   Judge for disciplinary Hearing
      (b)   (Position/Title)
   with M.M.M.S.CC. P.O. Box 1000
      (c)   (Employer's Name and Address)
   Menard, IL 62259

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If your answer is YES, briefly explain: Mr. Brookman was the acting Judge that had delivered the verdict of guilty for the false reports

(Rev. 7/2010)                                    1

Cover page

Defendants/Respondents for Civil Complaint for Civil Rights Violation

5. Kimberely Butler
6. Pharell
7. Adams
8. Bebout
9. Phoenix
10. Hoffman

**Defendant #2:**

C. Defendant **Todd W. Cowell** is employed as
(Name of Second Defendant)

**Correctional officer**
(Position/Title)

with **M.M.M.S.C.C. P.O. Box 1000**
(Employer's Name and Address)

**Menard, Il 62259**

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?  ☑ Yes   ☐ No

If you answer is YES, briefly explain: Mr. Cowell was the Correctional Officer that wrote and signed his Signature on the false report with no relevant documentary evidence, nor no relevant material evidence.

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

Defendant #3. Kimberely Butler was the Chief Administrative officer with the delegated duty to review my Security Status and Mental Health Status before deciding on on Single cell or on double cell. She currently employed with M.M.S.C.C. at P.O. Box 1000 Menard, Il 62259. Yes She was employed with the State.

Defendant 4. Mr. Pharrel is the 1st Shift Lieutenant that had been the Reviewing officer that had not forward the usiy or false report to the Appointed hearing investigator officer for review of the false report with no relevent documentary evidence, nor no material evidence. Yes he currently employed with state at M.M.M.S.C.C. P.O. Box 1000 Menard, Il 62259

(Rev. 7/2010)   2

4

Defendant 5: Mr. Michael D. Hor is the Correctional Officer that wrote the false report with no relevant material evidence, and no relevant documentary evidence. Yes. he currently on employed with the State at M.M.M.S.C.C. P.O. Box 1000 Menard, Il. 62259.

Defendant 6. Mr. Bradley G is alledgely the Major that had been the Reviewing officer that had not forwarded the Major false report with no relevant material evidence, and no relevant material evidence. Yes he is currently employed with the State, at M.M.M.S.C.C. P.O. Box 1000 Menard, Il. 62259.

Defendant 7. Mr. BeBoat is the 1st Shift Sargeant that had given the order for the Plaintiff to be moved from Cell-2-09 to

Cell 6-27. Yes he is currently employed with the state at M.M.M.S.C.C. a P.O. Box 1000 Menard, Il 62259.

Defendant 8 Mr. Phoenix is the Counselor that had requested that the plaintiff be transferred to Menard Mens Medium Security Correctional with an Minimum Security Classification while awaiting the 6 month of his Sentence to be transferred to South Western Mens Minimum Security Correctional Center for an Court recommended Substance Abuse treatment for Drugs and Alcohol with un signed Contract. Without him having requested the lateral transfer. Yes he is currently employed with the State at M.M. M.S.C.C. P.O. Box 1000 Menard, Il 62259.

Defendant 9 Mr. Adams is the Cellmate that had assaulted the Plaintiff that resulted with the Emergency Medical

treatment along with further Mental Health treatment for his Mental Illness, along with psychiatric treatment. NO, he is not employed with the state Government. He currently in Custody with the M.M.M.S.C.C. P.O. Box 1000 Menard, IL. 62259.

Defendant 10 is the 6 gallery Correctional Officer Weekly Substitue. Yes he is employed with State at Menard Mens' Maximum Security Correctional center P.O. Box 1000 Menard, IL 62259. Mr. Hoffman is the Weekly 6 gallery Major Security correctional Officer substitute that had been coerced to write the false Report with no relevant documentary evidence - nor no relevant Material evidence and no relevant testimonial evidence per the Coersion of MR Bebout the Sunday Afternoon of November 15th, 2015 around 2:20 p.m after having witnessed that

I was the Severly Mentuly diabled Plaintiff cracker the bottum bunk with an busted nose and an Major laceration to my left eyebraw of my face that was bleeding profusely While kicking on the bottum of the cell door to cell C-27 Hollering "C.O.!" "C.O.!" "Cell C-27!" for him to perform the Standard cure of his delegated duty.

He witnessed the Plaintiff under the bed bleeding profusely with the Mentuly Severly disabled plaintiff Blood on the I.D.O.C. Tan Jumpsuit and the White T-Shirt and on the floor of C-27, then walked away without Radioung for assistance, walked back with Mr. Belbout then the Defendant Belbout said to Hoffman " looks like a fight to me". Although I asked to press charges because I was battered! As of this moment I have not been shown nor told the proper procedures to file a charges for battery.

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment?  ☒ Yes  ☐ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

1. Parties to previous lawsuits:
   Plaintiff(s): People of the State of Illinois

   Defendant(s): Mr. Daniel Robert Hamilton

2. Court (if federal court, name of the district; if state court, name of the county): Jackson, Illinois

3. Docket number:

4. Name of Judge to whom case was assigned:

5. Type of case (for example: Was it a habeas corpus or civil rights action?): Post-Conviction Petition

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Just Started Ground the moment for this tort claim.

7. Approximate date of filing lawsuit has not been filed yet, currently waiting for it to be filed

8. Approximate date of disposition: No disposition has occurred yet.

(Rev. 7/2010)

3

III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☑ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☑ Yes ☐ No

C. If your answer is YES,
   1. What steps did you take? Wrote on grievance for each Defendant except Defendant #8.

   2. What was the result? "Unable to verify" (that you are in segregation and properly placed), others have not been returned with no response, "that she could not verify the grievances I had sent the counselor the past 3 months."

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

F. If your answer is YES,
   1. What steps did you take?

   2. What was the result?

G. If your answer is NO, explain why not.

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not.
   - Attach all copies of counselors' response to my grievances for remedy for it.

(Rev. 7/2010)                                4

Statement of Claim

The Defendant had ordered me to "Shut up"! I replied that "I am not the 1 wrong!"
I had written an grievance about the Defendants Staff Conduct while being escorted to X-house D-wing cell 79 because I had been assaulted while restrained with the Defendants Silver hand cuffs with 3 opened hand punches to the right side of my face at the Door way of the entrance to X house about 3 to 5 minutes after the Menard Department of Security correctional officers arrived. The Defendant Pharrel had decided that he would not perform his delegated duty as the Reviewing officer that according to the Menard Correctional Center 2014-2015 orientations manual would not forward the 2 Major false reports to the Hearing Investigation officer for that prison officials duty of the State contract

with the administrative agency. The Defendant Bradley had failed to perform the same delegated duty as the aforementioned Defendant with not forwarding the false report to the Hearing investigator for review of Major Discipilnary records. The Defendant Butter had failed to perform the delegated of her signed State contract like the 2 former Defendants with not reviewing the Plaintiff security classication and the plaintiff mentall Health records for the person of single cell or double cell status according to the Menard Correctional Center 2014-2015 Orientational Manual. The Defendant BeBout had given the order for the Plaintiff to pack up to move to cell 6-27 from the cell 2-09 as the only prisoner. The Defendant Phoenix had been the prison offical that had submitted the Defendant for Chester, Illinois M.M.H.S.C.C. after he had been

Served with an written response for being at the South uppers with only an 20 month sentence after the plaintiff had signed an contract with the Substance Abuse treatment facility, an minimum Mens Security correctional center. that relates to the results for his Major injury to him.

The Defendants Adams is the Cellmate that had assaulted him the Morning of Sunday November 15th, 2015 during 1st Shift around 2:00pm that resulted his emergency Medical treatment along with his further psychiatric treatment for his Mental Illness that currently requires prescription medication for treatment, along with Mental Health treatment.

The Defendants Cowell, and Hurn had written the false Reports Wednesday Morning November 4th, 2015 during 1st Shift at Chester Ill mos. M.M.M, S.C.C,

The Defendant Pharell had not

forward the 2 Defendants to the Hearing Investigator the Shift of 1st, November 14th 2015 like he had previously.

The Defendant Hoffman is the prison officals the wrote the 3rd false report as on false report for fighting instead of on assault after having been the 1st officer on the Scene for Sunday November 15th, 2015 during 1st Shift with witnessing the plaintifr under the bottom bunk bed while bleeding profusly from his nose and left eyebrow of his face along with kicking of the cell door calling for the "C/o"!

The Defendant is the Same prison offical that walk away after seeing the physical injury for the 1st Shift cell House Sargeant that give him on choice to write the false report as on truthfull report about assault.

The Defendant Bradley is the prison offical that had not forwarded it to the Hearing Investigator for review too!

The Sunday of November 15th, 2016 during his shift. The Defendant Brookman is the prison offical that was the Plaintiff's disciplinary hearing Acting Judge during November 10th, 2015, 1st exact 7:43 A.M. on for the 2 false reports with (1) Irrelevant Material evidence and Irrelevant documentary evidence that led the Major injury of the Plaintiff with the ability to prevent it with having dissmised them like he has did before with similar false reports with only testimonial Irrelevant evidence to substantiate it. He is the Defendant that presided over the Plaintiff 2nd hearing for the 3rd false report with any relevant evidence after having been physically assaulted and on 3rd conviction of 30 days disciplinary confinement, 30 days C Grade, and 30 days Commissary restriction

While currently appeal an conviction for an similar false charge about not being Mirandized. This occured at Randolph county Menard, Illinois North 2 cell house of the Illinois Department along with the 1st hearing for the 2 other false reports, except His hearing was scheduled mysteriously 24 hours later without any of his witnesses being interviewed for it, Monday Morning November 16th 2015 during 1st Shift.

The Aforemented Defendants committed Conspiracy against the Plaintiff Civil Rights Thursday November 4th, 2015 during 1st-Shift at Menard Mens Medimum Security Correctional center at Chester, Illinois and November 10th, 2015 during 1st Shift about 7:43 A.M. at Menard North 2 Department of Segregation of Randolph county, Menard, Illinois and Thursday Morning November 12th, 2015 during 1st Shift at Menard North 2 Department of Segregation

Randolph county Menard, Illinois and Sunday Morning November 15th, 2016 around 2:00 p.m. of 1st shift. And Monday Morning November 16th, 2016 during 1st shift at Menard North2 Department of Segregation Cell 6-27 Randolph County Menard, Illinois of America with the intent to interfere with the free exercise of any right and privilege secured by the Constitution of the U.S., The Constitution of Illinois, The Laws of the U.S., The laws of Illinois by any persons agrees with another to inflict physical harm on any other person and either the accused or a co-conspirator has committed any act in the furtherance of that agreement.

## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

The Wednesday morning of November 4th, 2015 at Chester Illinois Medimum Security Correctional Center Xhouse Cell 79 Dwing I had attended my Biweekly Alcoholics Anonomyous group meetings, After our closing prayer for it, I asked the Defendont politely "May I please sharpen my pencil because the classroom our meeting had been in did not have on electronical pencil Sharpner?" He gave me an direct order to walk down stairs, I had obeyed. After I had walked down stairs, I had asked my D-wing Counselor, she replied for me "to ask the Defendont." I said "he told me no, because the "Chow" time had been ordered to leave for lunch." Shortly after I had asked her the Defendont had arrived with on 1st Shift Sargeont Judd, Lrectenent Pharell on Defendont, they ran directly past me and the Counselor to the top floor of the Educational Building for on Emergency response of the Defendont. I had been ordered to turn around because I had been ordered to be handcuffed for safety and securities purpose while restrained with the Defendonts Silver handcuffs.

I had used my freedom of expression with having only said "all I did was ask to use on pencil sharpener", "~~Officer Horn Wrong~~ I am not wrong, officer Horn the one wrong for calling yall for nothing". "I was not even tall ~~to Him~~."

(Rev. 7/2010)

5

V. **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

To grant me the plaintiff 1 million dollars for each Sutra, to my face left eyebrow, along with the physical pain, the physical sufferage, the psychological pain, and the psychological sufferage that has attributed to my severe mental Mental Illness for an total of $4 Million dollars along with such other as it may appear that he is entitled for it.

VI. **JURY DEMAND** (*check one box below*)

The plaintiff ☑ does ☑ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 3/29/2016
(date)

Mr. Daniel Robert Hamilton
Signature of Plaintiff

P.O. Box 1000
Street Address

MR. Daniel Robert Hamilton
Printed Name

Menard, IL. 62259
City, State, Zip

B-26391
Prisoner Register Number

Signature of Attorney (if any)

(Rev. 7/2010)                                             6